BOF 14
(Rev. 8/84)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: PITTSBURGH RECYCLING SERVICES, L.L.C.

Case No. 14-20130-CMB

Debtor(s).*

## ORDER FOR RELIEF UNDER CHAPTER 7

On consideration of the petition filed on the 10th. day of January, 2014, against the above named debtor, an order for relief under chapter 7 of title 11 of the United States Code is granted.

February 7, 2014                  By: _____Carlota M. Böhn_____
                                         Bankruptcy Judge

*Include all names used by debtor within last six years.

#46b-D